NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MIKE R. LEVARIO,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7148

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 11-0325, Judge Lawrence B. Hagel.

---

ON MOTION

---

ORDER

Mike R. Levario moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__AUG 15 2012__                          /s/ Jan Horbaly
Date                                     Jan Horbaly
                                         Clerk

cc:  Mike R. Levario
     David D'Alessandris, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 15 2012

JAN HORBALY
CLERK